IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO.  8:03CR541 |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| ALEJOS ARRATIA, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Unopposed Motion for Continuance of Sentencing Schedule filed by the Defendant, Alejos Arratia  (Filing No. 58).

For good cause shown, the Motion shall be granted.

IT IS ORDERED:

1. The Unopposed Motion for Continuance of Sentencing Schedule filed by the Defendant, Alejos Arratia (Filing No. 58) is granted;

2. Sentencing is rescheduled before District Judge Laurie Smith Camp on the **23rd day of January, 2006,** at the hour of **3:30 p.m.** in Courtroom No. 2, Third Floor, Roman L. Hruska Courthouse, 111 S. 18th Plaza, Omaha, Nebraska.

Dated this 11th day of January, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge